UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) Case No. 15-CV-00758-JMS-MJD ) |
| v. | ) ) |
| ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK, | ) Jury Trial Demanded ) ) ) |
| Defendants. | ) ) |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Zachary T. Carlyle, Esq. hereby enters his appearance on behalf of Plaintiff Securities and Exchange Commission.

Dated: May 12, 2015

Respectfully submitted,

s/ Zachary T. Carlyle
Nicholas P. Heinke
Polly A. Atkinson
Zachary T. Carlyle
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Phone: 303.844.1000
Email: HeinkeN@sec.gov
           AtkinsonP@sec.gov
           CarlyleZ@sec.gov

*Attorneys for Plaintiff United States Securities and Exchange Commission*