UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____
                                    )
UNITED STATES SECURITIES            )
AND EXCHANGE COMMISSION,            )
                                    )
        Plaintiff,                  )     Case No. 15-CV-00758-JMS-MJD
                                    )
        v.                          )
                                    )
ITT EDUCATIONAL SERVICES, INC.,     )     Jury Trial Demanded
KEVIN M. MODANY, and                )
DANIEL M. FITZPATRICK,              )
                                    )
        Defendants.                 )
_____)

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Polly A. Atkinson, Esq. hereby enters her appearance on behalf of Plaintiff Securities and Exchange Commission.

Dated: May 12, 2015

                                                      Respectfully submitted,

                                                      s/ Polly A. Atkinson
                                                      Nicholas P. Heinke
                                                      Polly A. Atkinson
                                                      Zachary T. Carlyle
                                                      U.S. Securities and Exchange Commission
                                                      Byron G. Rogers Federal Building
                                                      1961 Stout Street, Suite 1700
                                                      Denver, CO 80294-1961
                                                      Phone: 303.844.1000
                                                      Email: HeinkeN@sec.gov
                                                                       AtkinsonP@sec.gov
                                                                       CarlyleZ@sec.gov

                                                      *Attorneys for Plaintiff United States*
                                                      *Securities and Exchange Commission*