UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:15-cv-00758-JMS-MJD |
| ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK | )<br>)<br>)<br>) |
| Defendants. | ) |

**STIPULATED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(a), Plaintiff, the United States Securities and Exchange Commission (the "SEC" or "Commission"), with the concurrence of the Defendants, ITT Educational Services, Inc. ("ITT"), Kevin M. Modany, and Daniel M. Fitzpatrick (collectively, the "Defendants"), respectfully requests that this Court enlarge (1) the time within which the Defendants are permitted to file a responsive pleading or motion in response to the Complaint filed by the SEC, (2) the time within which the SEC is required to file a brief in response to a motion, if any, and (3) the time within which Defendants are required to file a reply brief, if any. In support hereof, the SEC and the Defendants (collectively, the "Parties") state as follows:

1. The SEC filed its Complaint on May 12, 2015.

2. The SEC has requested that Defendants waive service of a summons and the Complaint, and the Defendants have agreed. The earliest date on which any Defendant's responsive pleading or motion could be due is therefore July 17, 2015. Consequently, the time for responsive pleadings or motions has not yet expired.

3. Counsel for the SEC conferred with counsel for the Defendants. During that conference, counsel for the Parties stipulated to the proposed enlargement of time set forth herein.

4. The Defendants believe the issues raised in the Complaint are complex and may involve matters of first impression. The Complaint alleges violations of various federal securities laws and relates to events that occurred over a multi-year period. Further, the Complaint asserts fifteen separate claims for relief.

5. In addition to the allegations against ITT, the Complaint contains separate and distinct allegations with regard to defendants Kevin M. Modany and Daniel M. Fitzpatrick, which these defendants will have to analyze and consider in formulating their respective responses to the Complaint.

6. The SEC believes that additional time to respond to any motions filed by Defendants, beyond the typical 14 days provided for in Local Rule 7-1(c)(2)(A), will be necessary. Specifically, the SEC may be in a position of responding to motions by each defendant, which may raise various issues that the SEC will have to analyze and assess in preparing responsive briefs.

7. Therefore, good cause exists under Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(a) to provide the Defendants additional time to analyze the issues, obtain additional information necessary to assess their options, and formulate their responses to the Complaint. Further, good cause exists to provide the Parties additional time to draft and file the appropriate pleadings, motions, briefs, responses, and/or replies.[1]

8. The Parties have not previously requested any extension of time.

---

[1] *See Caudell v. Rose*, 378 F. Supp. 2d 725, 729 (W.D. Va. 2005) (granting extension of time to allow defendants to obtain additional information and "formulate their response"); *Stelor Prods., Inc. v. Oogles N Googles*, No. 1:05-CV-0354-DFH-TAB, 2008 WL 5062786, at *2 (S.D. Ind. Nov. 21, 2008) (noting that a case management plan, where enlargement of time is also governed by a good cause standard, "should reflect counsel's careful consideration of the nature and complexity of the litigation").

9. Each Defendant joins in this request and has authorized the Commission to so represent.

**WHEREFORE**, the SEC respectfully requests that:

1. The Defendants' time to file motions responsive to the Complaint, or otherwise file responsive pleadings under Fed. R. Civ. P. 12(a), be enlarged to and including August 13, 2015.

2. The SEC's time to file a brief in opposition to any Defendant's responsive motion be enlarged to and including October 13, 2015.

3. Defendants' time to file briefs in reply to the SEC's opposition brief be enlarged to and including November 12, 2015.

Dated: May 21, 2015

Respectfully submitted,

s/ Nicholas P. Heinke_____
Nicholas P. Heinke
Polly A. Atkinson
Zachary T. Carlyle
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Phone: (303) 844-1071 (Heinke)
(303) 844-1046 (Atkinson)
(303) 844-1084 (Carlyle)
Email: HeinkeN@sec.gov
AtkinsonP@sec.gov
CarlyleZ@sec.gov

*Attorneys for Plaintiff United States Securities and Exchange Commission*

# CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2015, a copy of the foregoing Stipulated Motion for Enlargement of Time was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      s/ Nicholas P. Heinke_____
                                      Nicholas P. Heinke