# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, </br></br> Plaintiff, </br></br> v. </br></br> ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK </br></br> Defendants. | Case No. 1:15-cv-00758-JMS-MJD |

# O R D E R

This matter having come before the Court on the Stipulated Motion for Enlargement of Time filed by the Plaintiff, the United States Securities and Exchange Commission ("SEC" or "Commission"), and stipulated to by Defendants, ITT Educational Services, Inc. ("ITT"), Kevin M. Modany, and Daniel M. Fitzpatrick (collectively, the "Defendants"), and the Court, having examined said motion and being duly advised in the premises, and for good cause shown, hereby **GRANTS** the same.

**IT IS THEREFORE ORDERED** that:

1. The Defendants' time to file motions responsive to the Complaint, or otherwise file responsive pleadings under Fed. R. Civ. P. 12(a), is enlarged to and including August 13, 2015.

2. The SEC's time to file a brief in opposition to Defendants' motions in response to the Complaint is enlarged to and including October 13, 2015.

3. Defendants' time to file a brief in reply to the SEC's opposition to ITT's Motion to Dismiss is enlarged to and including November 12, 2015.

**ALL OF WHICH IS ORDERED** this___ day of _____, 2015.

_____
JUDGE, United States District Court
Southern District of Indiana

**Local Rule 5-5(d) Statement:**
Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system