UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | No. 1:15-cv-00758-JMS-MJD ) ) |
| ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, DANIEL M. FITZPATRICK, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

This matter having come before the Court on the Stipulated Motion for Enlargement of Time filed by the Plaintiff, the United States Securities and Exchange Commission ("SEC" or "Commission"), and stipulated to by Defendants, ITT Educational Services, Inc. ("ITT"), Kevin Modany, and Daniel M. Fitzpatrick (collectively, the "Defendants"). [Dkt. 7.] The motion seeks an enlargement of time beyond July 17, 2015[1] for Defendants to respond to the Complaint, in addition to a significantly enlarged briefing schedule for motions that have yet to be filed.

While the motion represents that the allegations in the Complaint are complex and "alleges violations of various federal securities laws and relates to events that occurred over a multi-year period," the motion fails to explain why Defendants cannot properly respond thereto within the 60 days provided by their agreement to waive service of process. The motion also seeks to add more than two full months to the briefing schedule of a motion that has not yet been filed.

---

[1] The motion represents that the Defendants have waived service of the summons and, therefore, their responses to the Complaint are presently due on or about July 17, 2015.

While the Court is cognizant of the complexity of the matter, it has no basis upon which to evaluate the reasonableness of any of the enlargements sought in order to determine whether good cause actually exists for such enlargements. Accordingly, Plaintiff's motion is **DENIED**.

Defendants should endeavor to prepare their response to the Complaint within the two months available to them and may subsequently move of an enlargement of the deadline, therein articulating the specific factual basis for why they are unable to prepare their response within the time presently available. Likewise, if and when a motion to dismiss is filed, Plaintiff may move for an enlargement of time to respond thereto, again articulating specific reasons for requiring the additional time in view of any actual motion that may be filed. If such motions are subsequently filed, they will be considered by the Court without regard to the denial of the instant motion.

Dated: 05/22/2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system