UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK,<br><br>  Defendants. | Case No. 1:15-cv-00758-JMS-MJD |

**RESPONSE TO ORDER TO SHOW CAUSE**

On August 21, 2015, the Court issued an Order for Steven M. Farina to "show cause why his appearance should not be stricken from the docket for failure to comply with the Court's order" to register with the Court's Electronic Filing System. [Dkt. 65]. I, Steven M. Farina, hereby respond to that Order to Show Cause.

I was admitted Pro Hac Vice after the other attorneys from Williams & Connolly LLP, on behalf of ITT Educational Services, Inc. As a result, my registration for the Court's Electronic Filing System was not filed with the other attorneys' registrations. My registration should have been filed in accordance with the Court's Order and I take full responsibility for that error. I apologize to the Court for this mistake.

I have now registered with the Court's Electronic Filing System. On behalf of my client, ITT Educational Services, Inc., I respectfully request that this Court not strike my appearance from the docket and permit my ongoing representation of ITT in this matter.

Dated:  August 26, 2015                                    Respectfully submitted,

 /s/ Steven M. Farina
Enu Mainigi (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Steven M. Pyser (*pro hac vice*)
Christopher J. Mandernach (*pro hac vice*)
Amanda C. Boozer (*pro hac vice*)
Yifan Wang (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901
Telephone:  (202) 434-5000
Fax:  (202) 434-5029
*emainigi@wc.com*
*sfarina@wc.com*
*spyser@wc.com*
*cmandernach@wc.com*
*aboozer@wc.com*
*ywang@wc.com*

*Attorneys for Defendants*
*ITT Educational Services, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 26, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              */s/ Steven M. Farina*
              Steven M. Farina

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901
*Attorneys for Defendants*
*ITT Educational Services, Inc.*