**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK,

Defendants.

Civil Action No. 1:15-cv-00758-JMS-MJD

**DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS**

Pursuant to Paragraph III.C of the Case Management Plan, Doc. 63 (Aug. 21, 2015), ITT Educational Services, Inc., Kevin M. Modany, and Daniel M. Fitzpatrick (collectively, "Defendants") hereby submit the following Preliminary Witness and Exhibit Lists to the U.S. Securities & Exchange Commission ("SEC"). These lists are based on information reasonably known and available to Defendants as of the date hereof. Defendants' investigation is ongoing and, accordingly, Defendants reserve the right to modify, amend, or otherwise supplement these preliminary lists as additional information becomes available during the course of this action.

Defendants' Preliminary Witness and Exhibit Lists are made without in any way waiving: (1) the right to object on the grounds of competency, privilege, relevancy, materiality, hearsay or any other proper ground, to the production, introduction into evidence, and/or use of any document within the categories described herein or testimony by any of the disclosed individuals, for any purpose, in whole or in part, in any subsequent proceeding in this action or

any other action; and (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these lists.

**A. WITNESS LIST**

Defendants' preliminary witness list is based on information currently available to Defendants and Defendants' understanding of the scope of the SEC's allegations. Defendants reserve the right to amend their preliminary witness list and to call any and all additional fact witnesses revealed during investigation or discovery. The list below does not include experts or consultants who may be retained, and whose identities Defendants will disclose in accordance with the Federal Rules of Civil Procedure and the Case Management Plan. By identifying witnesses on this disclosure, Defendants do not represent or agree that these witnesses are subject to a subpoena, are available for deposition, or are available to testify at trial.

1. Kevin M. Modany
2. Daniel M. Fitzpatrick
3. Angela Knowlton
4. Mark Huber
5. Individuals who were involved in communications, meetings and processes related to ITT's accounting and SEC filings; ITT's disclosure and compensation process; ITT's audit and quarterly reviews; and/or ITT's relationship and communications with its independent auditor.
6. Individuals from PricewaterhouseCoopers LLP, including but not limited to:
    a. Richard Quimby
    b. Kevin Muller
    c. John Bishop

    d.    Frank Gaetano

    e.    Karl Sening

    f.    Sandy Hota

    g.    Additional individuals to be identified from the PwC audit team and national office who were involved with PwC's audits and/or quarterly reviews of ITT.

7.    Individuals from Deutsche Bank (including: Deutsche Bank Securities Inc.; Deutsche Bank AG; Deutsche Bank Trust Co. Americas; Deutsche Bank National Trust Co.; and/or Deutsche Bank Trust Co. Delaware) who were involved with the PEAKS student lending program.

8.    Individuals from the Rochdale Group, including but not limited to:

    a.    Joseph Karlin

    b.    Additional individuals to be identified who were involved with the CUSO student lending program.

9.    Individuals from Boston Portfolio Advisors, including but not limited to:

    a.    Mark Mousseau

    b.    Thomas Glanfield

    c.    Additional individuals to be identified who were involved with the PEAKS and/or CUSO student lending program.

10.    Individuals from Access Group, Inc., including but not limited to:

    a.    Paul Quigley

    b.    Richard Colden

    c.    Keith Coughey

    d.    Jean Francois

    e.    Richard Sultzer

    f.    Brian Wegrzyn

    g.    Additional individuals to be identified who were involved with the PEAKS student lending program.

11.    Individuals from First Associates Loan Servicing, LLC, including but not limited to:

    a.    David Johnson

    b.    Mark Palmerton

    c.    Additional individuals to be identified who were involved with the PEAKS and/or CUSO student lending program.

12.    Individuals to be identified from ACS Education Services, Inc. who were involved with the CUSO student lending program.

13.    Individuals to be identified from Liberty Bank, N.A. who were involved with the PEAKS student lending program.

14.    Any and all witnesses necessary for impeachment or rebuttal purposes.

15.    Any and all witnesses necessary to authenticate any document obtained through discovery.

16.    Any and all witnesses necessary to provide summary testimony pursuant to Fed. R. Evid. 1006.

17.    Any and all witnesses who have not yet been identified, but who are later discovered through reasonable investigation and discovery, including but not limited to during any deposition taken in this matter or in any discovery response.

    18. Any and all witnesses set forth on any witness list proffered by any other party, or called by any other party at a trial of this matter.

19. Any and all witnesses identified by third parties in response to a subpoena for documents and/or testimony.

## B. EXHIBIT LIST

Defendants identify the following documents, categories of documents, or types of documents that they may introduce at trial in this matter. Defendants reserve the right to amend this preliminary list to include additional documents, categories of documents, or types of documents revealed during investigation or discovery. This disclosure does not waive any privilege or protection that may apply to documents within the following categories, and Defendants expressly reserve any objections they may have regarding the relevancy or admissibility of, or proper weight to be accorded to, any of the information contained in these documents.

1. Documents relating to the PEAKS and CUSO student lending programs, including the creation, organization and administration of these programs;

2. Documents relating to ITT's accounting for the PEAKS and CUSO student lending programs;

3. Documents relating to ITT's audit, quarterly reviews, and communications with its independent auditor;

4. Documents relating to ITT's disclosures, including its SEC filings and earnings calls, regarding the PEAKS and CUSO student lending programs;

5. Documents relating to payments made by ITT on behalf of student borrowers as part of the PEAKS student lending program;

6. Documents relating to the advice provided to Defendants by various experts, consultants, and professionals regarding the PEAKS and CUSO student lending programs; and

7. Documents relating to the expected performance of the loans included in the PEAKS and CUSO student lending programs.

8. Any and all exhibits set forth on any exhibit list proffered by any other party.

9. Any and all exhibits introduced at a deposition taken in this matter.

10. Any and all exhibits introduced during the SEC's investigative testimony.

11. Any and all documents necessary for rebuttal or impeachment purposes.

12. Any documents cited in an expert report, or otherwise identified, discussed or relied upon, by any expert witness.

13. Any response to interrogatories, requests for admission, or other discovery served by any party, including third parties.

14. Any stipulation or other agreement entered into by any party or witness, including third parties.

Dated: September 18, 2015

Respectfully submitted,

*/s/ Christopher J. Mandernach*
Enu Mainigi (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Steven M. Pyser (*pro hac vice*)
Christopher J. Mandernach (*pro hac vice*)
Amanda C. Boozer (*pro hac vice*)
Yifan Wang (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901
Telephone: (202) 434-5000
Fax: (202) 434-5029
*emainigi@wc.com*
*sfarina@wc.com*
*spyser@wc.com*
*cmandernach@wc.com*
*aboozer@wc.com*
*ywang@wc.com*

Philip A. Whistler (#1205-49)
Thomas E. Mixdorf (#16812-49)

*/s/ David I. Miller (with consent)*
Eric W. Sitarchuk (*pro hac vice*)
Ryan P. McCarthy (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103
Telephone: (215) 963-5000
Fax: (215) 963-5001
*esitarchuk@morganlewis.com*
*rmccarthy@morganlewis.com*

David I. Miller (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
Telephone: (212) 309-6000
Fax: (212) 309-6001
*david.miller@morganlewis.com*

Philip A. Whistler (#1205-49)
Thomas E. Mixdorf (#16812-49)

ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Fax: (317) 236-2219
*Philip.Whistler@icemiller.com*
*Thomas.Mixdorf@icemiller.com*

*Attorneys for Defendants*
*ITT Educational Services, Inc*

ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Fax: (317) 236-2219
*Philip.Whistler@icemiller.com*
*Thomas.Mixdorf@icemiller.com*

*Attorneys for Defendant Kevin M. Modany*

*/s/ Michael A. Ungar (with consent)*
Fredric D. Firestone (*pro hac vice*)
Michael A. Ungar (*pro hac vice*)
James M. Commons (*pro hac vice*)
Alison L. Nadel (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol St., N.W.
Washington, DC 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
*rfirestone@mwe.com*
*mungar@mwe.com*
*jcommons@mwe.com*
*anadel@mwe.com*

Alan S. Brown (#3536-49)
Bryan S. Strawbridge (#29076-49)
FROST BROWN TODD LLC
201 North Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone: (317) 237-3800
Fax: (317) 237-2900
*abrown@fbtlaw.com*
*bstrawbridge@fbtlaw.com*

*Attorneys for Defendant Daniel M. Fitzpatrick*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing document to be served upon all counsel of record by operation the Court's Electronic Notification system this 18th day of September, 2015.

*/s/ Christopher J. Mandernach*
CHRISTOPHER J. MANDERNACH