UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 1:15-cv-00758-JMS-MJD |
| vs. | ) ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.* | ) ) ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR DECEMBER 10, 2015
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Wednesday, February 10, 2016 at 3:00 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 11 DEC 2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.