UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:15-cv-00758-JMS-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND FINAL PRETRIAL CONFERENCE**

Plaintiff United States Securities and Exchange Commission, through its counsel of record, respectfully submits this Unopposed Motion to request that the Court continue the trial date, currently set for June 12, 2017, as well as the Final Pretrial Conference, currently set for May 18, 2017 at 9:00 am EDT, in light of the recent amendments to the Case Management Plan continuing the discovery and dispositive motion deadlines. In support of its motion, the Commission states as follows:

1. On August 21, 2015, Magistrate Judge Dinsmore approved the initial Case Management Plan in this matter. [Dkt. # 63] Among other things, the Case Management Plan set: a discovery cutoff of September 30, 2016; a dispositive motion date of October 31, 2016; and a trial-ready date of June 2017. [*See id.* at 8]

2. On September 18, 2015, the Court set this case for a jury trial beginning on June 12, 2017 at 9:00am EDT, and set a final pretrial conference for May 18, 2017 at 9:00 am EDT. [Dkt. # 73]

3. On May 31, 2016, Magistrate Judge Dinsmore approved an amended Case Management Plan. [Dkt. # 92] Among other things, the amended Case Management Plan set: a discovery cutoff of February 10, 2017; a dispositive motion date of March 10, 2017; and a trial-ready date of October 16, 2017. [*See id.* at 2] As indicated in the amended Case Management Plan, the parties anticipate the trial to take approximately 15-20 trial days. [*See id.*]

4. In light of the amended Case Management Plan, the Commission respectfully requests the Court continue the trial date to a date on or after October 16, 2017.

5. In addition, the Commission respectfully requests the Court continue the Final Pretrial Conference to a date consistent with the continued trial date.

6. The Commission has conferred with the counsel for the Defendants, who do not object to the relief sought in this motion. All parties respectfully request that the Court set the trial to begin on October 16, 2017 or as soon as possible after that date as the Court's schedule will allow.

WHEREFORE, based on the foregoing, the Commission respectfully requests that the Court issue an Order continuing the trial date to a date on or after October 16, 2017, and continuing the date of the Final Pretrial Conference accordingly.

Respectfully submitted this 29th day of July, 2016.

                                                *s/ Nicholas P. Heinke*_____
Nicholas P. Heinke
Polly A. Atkinson
Zachary T. Carlyle
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Phone: (303) 844-1071 (Heinke)
(303) 844-1046 (Atkinson)
(303) 844-1084 (Carlyle)
Email:    HeinkeN@sec.gov
            AtkinsonP@sec.gov
            CarlyleZ@sec.gov

*Attorneys for Plaintiff United States
Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 29, 2016, a copy of the foregoing Unopposed Motion to Continue Trial Date and Final Pretrial Conference was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            *s/ Nicholas P. Heinke*_____
            Nicholas P. Heinke