# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 1:15-cv-00758-JMS-MJD |
| ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK | ) ) ) ) ) | |
| Defendants. | ) | |

## RESPONSE TO MOTION TO WITHDRAW BY AMANDA BOOZER, ET AL.

Plaintiff United States Securities and Exchange Commission (the "Commission") hereby responds to the Motion to Withdraw filed by counsel for defendant ITT Educational Services, Inc. [Doc. 125]. Withdrawal would leave ITT unrepresented in this matter, which would unnecessarily complicate this litigation. As a result, the Commission asks that the Court defer determination of this motion until after January 13, 2017. As grounds for its position, the Commission states the following:

1. The Commission filed its complaint in this action on May 12, 2015. [Doc. 1] ITT answered the complaint on July 17, 2015. [Doc. 33] Since that time, ITT, through its counsel Williams and Connolly, LLP, has actively defended the action, taking numerous depositions and propounding and responding to written discovery.

2. On November 14, 2016, the Court granted the motion of ITT's local counsel from Ice Miller, LLP to withdraw from representation of ITT.

3. There is no other counsel appearing in this action on behalf of ITT and withdrawal of counsel from Williams and Connolly would leave ITT unrepresented.

4. Currently, this action is stayed against ITT until January 13, 2017. The purpose of that stay is to allow ITT and the Commission to discuss resolution of this matter. The Commission anticipates that by January 13, 2017, the Commission and ITT will either have reached a settlement in principle[1] or that the litigation against ITT will become active.

5. Between now and January 13, 2017, the only activity in this case will be the December 12, 2016 status conference scheduled by the Court.[2] As a result, it is unlikely that counsel for ITT will incur substantial costs between now and January 13, 2017.

6. In contrast, withdrawal of ITT's counsel will result in ITT being unrepresented in this action. This will cause confusion and uncertainty in giving notice to ITT of actions taken in this case and will cause additional confusion and uncertainty about whether ITT is in default in this action or remains a proper party.

7. The Commission recognizes the desire of counsel to withdraw from representation of ITT, but believes it reasonable, given the relatively minor costs that will be incurred, to delay that withdrawal until ITT decides whether to continue in this litigation and, if so, determines who will represent it in that endeavor.

WHEREFORE, the Commission respectfully requests that the Court delay consideration of counsel's motion to withdraw until after January 13, 2017.

---

[1] While counsel for the Commission may negotiate a settlement with ITT, the full Commission must consider and approve any settlement, a process which takes several weeks.

[2] As previously discussed with the Court, the Commission has had difficulty in obtaining deposition dates from defendants' counsel. Defendants offered December 20, 2016 or December 22, 2016. The Commission accordingly scheduled the deposition of ITT's former counsel for December 20, 2016. Last week, counsel for ITT's Bankruptcy Trustee informed the Commission that ITT was revoking its waiver of attorney-client privilege and would object to the deposition going forward. As a result, the Commission anticipates cancelling or postponing the deposition.

Respectfully submitted this November 30, 2016.

<div style="margin-left:40%">

*s/ _Polly Atkinson_____*
Nicholas P. Heinke
Polly A. Atkinson
Zachary T. Carlyle
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Phone: (303) 844-1071 (Heinke)
(303) 844-1046 (Atkinson)
(303) 844-1084 (Carlyle)
Email:     HeinkeN@sec.gov
            AtkinsonP@sec.gov
            CarlyleZ@sec.gov

*Attorneys for Plaintiff United States*
*Securities and Exchange Commission*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2016, a copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/* Polly Atkinson_____
Polly A. Atkinson