**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:15-cv-00758-JMS-MJD |

## STATUS REPORT

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Kevin M. Modany and Daniel M. Fitzpatrick ("Individual Defendants"), by their respective counsel, submit this status report to update the Court on the status of finalizing the relevant settlement documents.

As indicated in the parties' Joint Motion for Extension of Time to File Motions to Resolve Case [Doc. # 174], since the settlement conference the SEC and Individual Defendants have been negotiating in good faith to finalize the relevant settlement documents. The parties further indicated that they would file a status report updating the Court when the parties have finalized the language in the documents that SEC counsel will recommend to the Commission. The parties hereby inform the Court that the settlement documents have been finalized and, by June 30, 2017, were signed by Messrs. Modany and Fitzpatrick. SEC counsel has begun the process of recommending this settlement for approval by the SEC's Commissioners.

Dated: July 3, 2017　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Nicholas P. Heinke*　　　　　
　　　　　　　　　　　　　　　　　　　　Nicholas P. Heinke
　　　　　　　　　　　　　　　　　　　　Polly A. Atkinson
　　　　　　　　　　　　　　　　　　　　Zachary T. Carlyle
　　　　　　　　　　　　　　　　　　　　U.S. Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　　Byron G. Rogers Federal Building
　　　　　　　　　　　　　　　　　　　　1961 Stout Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　Denver, CO 80294-1961
　　　　　　　　　　　　　　　　　　　　Phone: (303) 844-1071 (Heinke)
　　　　　　　　　　　　　　　　　　　　(303) 844-1046 (Atkinson)
　　　　　　　　　　　　　　　　　　　　(303) 844-1084 (Carlyle)
　　　　　　　　　　　　　　　　　　　　*HeinkeN@sec.gov*
　　　　　　　　　　　　　　　　　　　　*AtkinsonP@sec.gov*
　　　　　　　　　　　　　　　　　　　　*CarlyleZ@sec.gov*

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff United States*
　　　　　　　　　　　　　　　　　　　　*Securities and Exchange Commission*

*/s/ David I. Miller (by consent)*
David I. Miller (*pro hac vice*)
Matthew R. Ladd (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
Telephone: (212) 309-6000
Fax: (212) 309-6001
*david.miller@morganlewis.com*
*matthew.ladd@morganlewis.com*

and

Eric W. Sitarchuk (*pro hac vice*)
Ryan P. McCarthy (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103
Telephone: (215) 963-5000
Fax: (215) 963-5001
*eric.sitarchuk@morganlewis.com*
*ryan.mccarthy@morganlewis.com*

and

Steve Korotash (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
171 Main St., Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4000
Fax: (214) 466-4001
*steve.korotash@morganlewis.com*

Philip A. Whistler (#1205-49)
Thomas E. Mixdorf (#16812-49)
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-5832
Fax: (317) 592-4708
*Philip.Whistler@icemiller.com*
*Thomas.Mixdorf@icemiller.com*

*Attorneys for Defendant Kevin M. Modany*

*/s/ Michael A. Ungar (by consent)*
Fredric D. Firestone (*pro hac vice*)
Michael A. Ungar (*pro hac vice*)
James M. Commons (*pro hac vice*)
Alison L. Nadel (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol St., N.W.
Washington, DC 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
*rfirestone@mwe.com*
*mungar@mwe.com*
*jcommons@mwe.com*
*anadel@mwe.com*

Alan S. Brown (#3536-49)
Bryan S. Strawbridge (#29076-49)
FROST BROWN TODD LLC
201 N. Illinois St.
Suite 1900
Indianapolis, IN 46204-4236
Telephone: (317) 237-3841
Fax: (317) 237-3900
*abrown@fbtlaw.com*
*bstrawbridge@fbtlaw.com*

*Attorneys for Defendant Daniel M. Fitzpatrick*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing document to be served upon all counsel of record by operation of the Court's Electronic Notification system this 3rd day of July, 2017.

*/s/ Nicholas P. Heinke*
Nicholas P. Heinke
