IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK,<br><br>    Defendants. | Civil Action No. 1:15-cv-00758-JMS-MJD |

# INDIVIDUAL DEFENDANTS' MOTION TO EXCLUDE
# THE REPORT, TESTIMONY, AND OPINIONS OF HARVEY L. PITT

Pursuant to Southern District of Indiana Local Rule 7-1, individual defendants Kevin M. Modany and Daniel M. Fitzpatrick ("Defendants"), by their undersigned counsel, respectfully request that the Court exclude plaintiff Securities and Exchange Commission's (the "Commission's") proffered expert report, testimony, and opinions of Harvey L. Pitt ("Pitt") in their entirety. There is no basis under Federal Rule of Evidence 702 and the standards set forth in *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), by which to support the Commission's proffered expert evidence.

First, Pitt's report, testimony, and opinions should be excluded because they are improper, inadmissible, and unhelpful to a jury. Pitt offers improper and inadmissible legal opinions, his proffered testimony merely recites the Commission's allegations and invades the jury's province, and any value in Pitt's testimony is far outweighed by the risk of confusing the jury. Second, Pitt's report, testimony, and opinions should be excluded because they are unreliable. They rely on factual assumptions that omit key information or are contrary to the

established record, and they are replete with characterizations and unduly prejudicial comments that demonstrate Pitt's bias and unreliability.

As a result, the report, testimony, and opinions of Harvey L. Pitt should be excluded in their entirety. The bases for this Motion are further set forth in the Memorandum of Law and supporting exhibits filed contemporaneously herewith.

Dated: October 10, 2017

Respectfully submitted,

/s/ David I. Miller
David I. Miller (*pro hac vice*)
Matthew R. Ladd (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
Telephone: (212) 309-6000
Fax: (212) 309-6001
*david.miller@morganlewis.com*
*matthew.ladd@morganlewis.com*

Eric W. Sitarchuk (*pro hac vice*)
Ryan P. McCarthy (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103
Telephone: (215) 963-5000
Fax: (215) 963-5001
*eric.sitarchuk@morganlewis.com*
*ryan.mccarthy@morganlewis.com*

Steve Korotash (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
171 Main St., Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4000
Fax: (214) 466-4001
*steve.korotash@morganlewis.com*

Philip A. Whistler (#1205-49)
Thomas E. Mixdorf (#16812-49)
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200

Telephone: (317) 236-5832
Fax: (317) 592-4708
*Philip.Whistler@icemiller.com*
*Thomas.Mixdorf@icemiller.com*

*Attorneys for Defendant Kevin M. Modany*

*/s/ Michael Ungar (by consent)*
Fredric D. Firestone (*pro hac vice*)
Michael A. Ungar (*pro hac vice*)
James M. Commons (*pro hac vice*)
Alison L. Nadel (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol St., N.W.
Washington, DC 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
*rfirestone@mwe.com*
*mungar@mwe.com*
*jcommons@mwe.com*
*anadel@mwe.com*

Alan S. Brown (#3536-49)
Bryan S. Strawbridge (#29076-49)
FROST BROWN TODD LLC
201 N. Illinois St.
Suite 1900
Indianapolis, IN 46204-4236
Telephone: (317) 237-3841
Fax: (317) 237-3900
*abrown@fbtlaw.com*
*bstrawbridge@fbtlaw.com*

*Attorneys for Defendant Daniel M. Fitzpatrick*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing document to be served upon all counsel of record by operation of the Court's Electronic Notification system this 10th day of October, 2017.

*/s/ David I. Miller*
