IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 1:15-CV-00758-JMS-MJD |
| Plaintiff, | |
| v. | |
| ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY and, DANIEL M. FITZPATRICK | |
| Defendants. | |

**FIRST DESIGNATION OF EVIDENCE IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Individual Defendants, Kevin Modany and Daniel Fitzpatrick (the "Defendants"), by counsel and pursuant to Rule 56-1 of the Local Rules of the United States District Court for the Southern District of Indiana, respectfully file the First Designation of Evidence in Support of Individual Defendants' Motion for Partial Summary Judgment.

The Defendants submit the following evidence in support of their Motion and Memorandum in Support for Summary Judgment:

| |
|---|
| 1. Ex. A, Excerpts of ITT ESI Annual Report (Form 10-K) (Feb. 22, 2013) |
| 2. Ex. B, ITT ESI Current Report (Form 8-K) (Sept. 14, 2016) |
| 3. Ex. C, ITT, Current Report (Form 8-K) (Apr. 27, 2015) |
| 4. Ex. D, ITT, Definitive Proxy Statement (March 13, 2013) |
| 13. Ex. M, ITT ESI Form 10-Q for the quarterly period ended June 30, 2013 (excerpts) |
| 14. Ex. N, ITT ESI Form 10-Q for the quarterly period ended September 30, 2012 (excerpts) |
| 84. Ex. FFFF, 10-Q for Quarterly Period Ending September 2013 excerpts |

Dated: October 31, 2017                               Respectfully submitted,

   /s/ Irene A. Firippis
Fredric D. Firestone (*pro hac vice*)
Michael A. Ungar (*pro hac vice*)
James M. Commons (*pro hac vice*)
Alison L. Nadel (*pro hac vice*)
Irene A. Firippis (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, DC  20001
Telephone:  (202) 756-8000
Fax:  (202) 756-8087
*rfirestone@mwe.com*
*mungar@mwe.com*
*jcommons@mwe.com*
*anadel@mwe.com*

Alan S. Brown (#3536-49)
Bryan S. Strawbridge (#29076-49)
FROST BROWN TODD LLC
201 N. Illinois St.
Suite 1900
Indianapolis, IN 46204-4236
Telephone: (317) 237-3841
Fax: (317) 237-3900
*abrown@fbtlaw.com*
*bstrawbridge@fbtlaw.com*

*Attorneys for Defendant Daniel M. Fitzpatrick*


/s/ David I. Miller (by consent)

David I. Miller (*pro hac vice*)
Matthew R. Ladd (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
Telephone: (212) 309-6000
Fax: (212) 309-6001
*david.miller@morganlewis.com*
*matthew.ladd@morganlewis.com*

and

Eric W. Sitarchuk (*pro hac vice*)
Ryan P. McCarthy (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103
Telephone: (215) 963-5000
Fax: (215) 963-5001
*eric.sitarchuk@morganlewis.com*
*ryan.mccarthy@morganlewis.com*

and

Steve Korotash *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: (214) 466-4000
Fax: (214) 466-4001
*steve.korotash@morganlewis.com*

Philip A. Whistler (#1205-49)
Thomas E. Mixdorf (#16812-49)
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-5832
Fax: (317) 592-4708
*Philip.Whistler@icemiller.com*
*Thomas.Mixdorf@icemiller.com*
*Attorneys for Defendant Kevin M. Modany*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2017, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Southern District of Indiana using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Irene A. Firippis
Irene A. Firippis