**DOCUMENT PLACEHOLDER**

This document has been produced in native format.

Confidential Treatment Requested

PWC 0700990

May Contain Personal Identifying Information - Not to Be Disclosed Outside of SEC v. ITT et al.

**Student CU Connect CUSO, LLC**
**Monthly Report** For the Month of August 31, 2012
**Version as of** 10/28/2017 14:53

| Line | Description from RSA | 2009 | 2010 | 2011 | TOTAL | SOURCE |
|---|---|---:|---:|---:|---:|---|
| | (i) the aggregate Net Disbursements on all Loans originally in the Net Disbursements | | | | | |
| | a) original sum disbursed to ITT ESI as payment of | 67,508,267.73 | 44,339,378.68 | 64,939,771.99 | 176,787,418.40 | Ad hoc files - until pool closed |
| | b) refund or return thereof paid by ITT ESI within sixty (60) days after the disbursement date thereof | (5,701,240.39) | (4,769,975.81) | (8,788,306.77) | (19,259,522.97) | Refund file developed by CUSO - all pools are closed for refunds within 60 days |
| | Net Disbursements | 61,807,027.34 | 39,569,402.87 | 56,151,465.22 | 157,527,895.43 | calculated field (line 4 less line 5) |
| | (ii) the amount of the First Loss Risk for such Loan Pool | | | | | |
| | First Loss Risk | | | | | |
| | Net Disbursements | 61,807,027.34 | 39,569,402.87 | 56,151,465.22 | 157,527,895.43 | from above |
| | First Loss Percentage (35%) | 35% | 35% | 35% | 35% | from RSA agreement |
| | First Loss Risk | 21,632,459.57 | 13,849,291.00 | 19,653,012.83 | 55,134,763.40 | calculated field (line 10 times line 11) |
| | (iii) the aggregate current principal balances of all Loans in such | | | | | |
| | Principal Balance (from adhoc report) - can include capitalized interest | 27,500,253.24 | 22,741,932.74 | 59,045,888.01 | 109,288,073.99 | Ad hoc files - as of 8/31/12 |
| | Interest Balance (from adhoc report) - accrued unpaid interest | 3,693,126.58 | 2,906,425.00 | 6,311,100.59 | 12,910,652.17 | Ad hoc files - as of 8/31/12 |
| | | 31,193,379.82 | 25,648,357.74 | 65,356,988.60 | 122,198,726.16 | |
| | (iv) the aggregate amount that has been Charged Off on all Loans | | | | | |
| | Principal charged off on all loans - can include capitalized interest | 34,732,747.21 | 10,825,241.09 | 3,510,836.13 | 49,068,824.43 | See Master Charge off List as of 8/31/12 |
| | Accrued Unpaid Interest charged off on all loans | 2,282,439.51 | 778,599.17 | 279,380.69 | 3,340,419.37 | See Master Charge off List as of 8/31/12 |
| | | 37,015,186.72 | 11,603,840.26 | 3,790,216.82 | 52,409,243.80 | |
| | (v) the aggregate current principal balances and accrued unpaid | - | 2,245,450.74 | 15,862,796.01 | 2,725,519.60 | |
| | (vi) the aggregate amount of the current principal balances and | 31,193,379.82 | - | - | 31,193,379.82 | |
| | (vii) if the First Loss Risk has been exceeded, the aggregate ITT ESI | 219,870.48 | - | - | 219,870.48 | |
| | (viii) the aggregate current outstanding balance plus accrued | 15,534,388.93 | - | - | 15,534,388.93 | |
| | (ix) the aggregate amount of all payments received during such | 22,675.69 | - | - | 22,675.69 | |
| | Percentage of charge offs towards meeting risk share | 171% | 84% | 19% | | |
| | Percentage of charge offs of net disbursements | 60% | 29% | 7% | | |

| | | 2009 | 2010 | 2011 | TOTAL |
|---|---|---:|---:|---:|---:|
| | July 2012 Accumulated Claim Prinicpal Balance | 34,193,965.64 | 10,461,562.57 | 2,921,922.49 | 47,577,450.70 |
| | July 2012 Accumulated Claim Interest Balance | 2,241,246.98 | 749,458.22 | 228,591.43 | 3,219,296.63 |
| | | 36,435,212.62 | 11,211,020.79 | 3,150,513.92 | 50,796,747.33 |
| | Claim Principal Change from July 2012 to Aug 2012 | 538,781.57 | 363,678.52 | 588,913.64 | 1,491,373.73 |
| | Claim Interest Change from July 2012 to Aug 2012 | 41,192.53 | 29,140.95 | 50,789.26 | 121,122.74 |
| | | 579,974.10 | 392,819.47 | 639,702.90 | 1,612,496.47 |