DOCUMENT

PLACEHOLDER

This document has been produced in native format.

Confidential Treatment Requested

PWC 0700990

May Contain Personal Identifying Information - Not to Be Disclosed Outside of SEC v. ITT et al.



| | 8575 West 110 th St, Suite 220 | DATE | INVOICE |
|---|---|---|---|
| | Overland Park, KS 66210 | 9/17/2012 | 11 |
| | (800) 424-4951 | TERMS | DUE DATE |
| | | Net 15 | 10/2/2012 |

BILL TO:
ITT Educational Services Inc.
13000 North Meridian Street
Carmel, IN 46032-1404

| AMOUNT DUE | ENCLOSED |
|---|---|
| $ 199,892.35 | |

| Activity | Amount |
|---|---|
| ITT Risk Share Payment - August 2012 | |
| | |
| 2009 Pool | |
| Charged Off Month: | |
|   October 2011 | $ 1,779.50 |
|   November 2011 | 8,886.20 |
|   December 2011 | 10,313.05 |
|   January 2012 | 76,541.43 |
|   February 2012 | 12,617.20 |
|   March 2012 | 11,212.63 |
|   April 2012 | 33,379.03 |
|   May 2012 | 8,147.51 |
|   June 2012 | 10,573.31 |
|   July 2012 | 38,598.94 |
|   August 2012 | 7,821.68 |
|     Subtotal | 219,870.48 |
| | |
| Line of Credit Offset for CUSO interest in risk share payment* | |
|   October 2011 | (166.20) |
|   November 2011 | (829.94) |
|   December 2011 | (963.20) |
|   January 2012 | (7,097.11) |
|   February 2012 | (1,165.43) |
|   March 2012 | (1,016.49) |
|   April 2012 | (2,987.76) |
|   May 2012 | (726.53) |
|   June 2012 | (942.84) |
|   July 2012 | (3,395.97) |
|   August 2012 | (686.66) |
|     Subtotal | (19,978.13) |
| | |
| *Based on CUSO ownership percentage at end of each Charged Off Month | |
| TOTAL | $ 199,892.35 |

**Wire Instructions:**
 Eli Lilly Federal Credit Union
 225 South East Street
 Indianapolis, IN 46202
 Routing No.: 274073834
 Acct. Name: Student CU Connect CUSO, LLC
 Acct. No.: 541000351833
 Reference: Risk Share Payment