UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 1:15-cv-00758-JMS-MJD |
| ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, DANIEL M. FITZPATRICK, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on Plaintiff United States Securities and Exchange Commission's Motion Regarding Its Representation at the Parties' Settlement Conference. [Dkt. 261.] The motion requests leave for Daniel Michael, Chief of the Division of Enforcement's Complex Financial Instruments Unit, to represent Plaintiff United Securities and Exchange Commission ("SEC") at the May 10, 2018 settlement conference in this matter. The Court has been advised that only the SEC's Commissioners have final settlement authority, and under current law they cannot delegate final settlement authority to another representative. Accordingly, the Court hereby **GRANTS** the motion. The SEC is authorized to be represented during the parties' May 10, 2018 settlement conference by Daniel Michael, Chief of the Division of Enforcement's Complex Financial Instruments Unit, or a similarly authorized individual without "final settlement authority."

SO ORDERED.

Dated: 9 APR 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.