# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. 1:15-cv-00758-JMS-MJD |
| ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF STIPULATION OF DISMISSAL OF CERTAIN CLAIMS

Plaintiff United States Securities and Exchange Commission ("SEC") hereby submits this notice of stipulation of dismissal of certain claims in advance of trial.

In order to streamline and simplify this matter for the Court and the Jury at trial, the SEC hereby dismisses the following claims with prejudice against Defendants Modany and Fitzpatrick: Fraud – Aiding and Abetting ITT's Violations of Section 10(b) of the Exchange Act and Rule 10b-5 (Claim Three, Alternative); Fraud – Aiding and Abetting ITT's Violations of Section 17(a) of the Securities Act (Claim Five, Alternative); Falsified Books, Records, or Accounts – Section 13(b)(5) of the Exchange Act and Rule 13b2-1 (Claim Six); Deceit of Auditors – Rule 13b2-2 of the Exchange Act (Claim Eight); False SEC Filings – Aiding and Abetting ITT's Violations of Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, 13a-11, and 13a-13 (Claim Ten); False Books and Records – Aiding and Abetting ITT's Violations of Section 13(b)(2) of the Exchange Act (Claim Thirteen); and False Books and Records – Control Person Liability for ITT's Violations of Section 13(b)(2) of the Exchange Act (Claim Fourteen).

For avoidance of doubt, the SEC is proceeding on the following claims against Defendants Modany and Fitzpatrick: Fraud – Section 10(b) of the Exchange Act and Rule 10b-5 (Claim One); Fraud – Control Person Liability for ITT's Violations of Section 10(b) of the Exchange Act and Rule 10b-5 (Claim Two, Alternative); Fraud in the Offer of Sale of Securities in Violation of Section 17(a) of the Securities Act (Claim Four); False Certifications – Rule 13a-14 of the Exchange Act (Claim Seven); False SEC Filings – Control Person Liability for ITT's Violations of Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, 13a-11, and 13a-13 (Claim Eleven); and Failure to Reimburse – Violation of Section 304(a) of the Sarbanes-Oxley Act (Fifteenth Claim).

Defendants have stipulated to the dismissal of these claims with prejudice.

Respectfully submitted this 16th day of May, 2018.

*s/ Nicholas P. Heinke*
Nicholas P. Heinke
Polly A. Atkinson
Zachary T. Carlyle
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Phone: (303) 844-1071 (Heinke)
(303) 844-1046 (Atkinson)
(303) 844-1084 (Carlyle)
Email:   HeinkeN@sec.gov
             AtkinsonP@sec.gov
             CarlyleZ@sec.gov

*Attorneys for Plaintiff United States Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2018, a copy of the foregoing NOTICE OF STIPULATION OF DISMISSAL OF CERTAIN CLAIMS was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                     *s/ Nicholas P. Heinke*_____
                                     Nicholas P. Heinke