**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. 1:15-cv-00758-JMS-MJD |
| **ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK** | ) ) ) ) ) |
| **Defendants.** | ) |

## APPEENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Plaintiff United States Securities and Exchange Commission ("SEC") hereby submits this appendix of exhibits in support of its Motions in Limine.

| Exhibit No. | Document Description |
|---|---|
| 1 | Combined Significant Matters and Consultation Template (Deposition Exhibit 544) (Filing No. 281-1) |
| 2 | 10-11-14 Audit Opinion by Charles Reddin and Lance Youts (Deposition Exhibit 545) (Filing No. 281-2) |
| 3 | Excerpts from the Deposition of Kevin Muller (Filing No. 281-3) |
| 4 | 10-11-14 Memo from Kevin Muller and Dick Quimby to ITT Files (Deposition Exhibit 543) (Filing No. 281-4) |
| 5 | PWC Conf. Memo from Regan Owen to ITT re Interview Debrief of Dick Quimby on 7/8/2014 (Deposition Exhibit 666) (Filing No. 281-5) |
| 6 | PWC Conf. Memo from Regan Owen to ITT re Interview Debrief of Mark Mousseau on 7/8/201 (Deposition Exhibit 430) (Filing No. 281-6) |
| 7 | PWC Conf. Memo from Regan Owen to ITT re Interview Debrief of Dick Quimby on 2/27/2014 dated 3/5/2014 (Deposition Exhibit 672) (Filing No. 281-7) |
| 8 | PWC Conf. Memo from Regan Owen to ITT re Interview Debrief of Dick Quimby and Kevin Muller on 7/8/2014 dated 7/9/2014 (Deposition Exhibit 673) (Filing No. 281-8) |
| 9 | Excerpts from the Deposition of Richard Quimby (Filing No. 281-9) |
| 10 | Workpaper – FSDCL (Deposition Exhibit 493) (Filing No. 281-10) |

| 11 | Workpaper (Deposition Exhibit 494) (Filing No. 281-11) |
| --- | --- |
| 12 | 2-19-13 Report to the Audit Committee of the Board of Directors (Deposition Exhibit 511) (Filing No. 281-12) |
| 13 | Excerpts from the Deposition of Brian Lane (Filing No. 281-13) |
| 14 | Excerpts from the Deposition of Kevin Modany (Filing No. 281-14) |
| 15 | Excerpts from the Deposition of Daniel Fitzpatrick (Filing No. 281-15) |
| 16 | Excerpts from the Deposition of Angela Knowlton (Filing No. 281-16) |
| 17 | *SEC v. Steffes*, 10-cv-6266 (N.D. Ill. 2014), Dkt. No. 261 (Filing No. 281-17) |
| 18 | *SEC v. Jacobs*, 13-cv-1289 (N.D. Ohio 2014), Dkt. No. 78 (Filing No. 281-18) |

Respectfully submitted this 23[th] day of May, 2018.

*s/ Polly A. Atkinson*
Nicholas P. Heinke
Polly A. Atkinson
Zachary T. Carlyle
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Phone: (303) 844-1071 (Heinke)
(303) 844-1046 (Atkinson)
(303) 844-1084 (Carlyle)
Email: HeinkeN@sec.gov
AtkinsonP@sec.gov
CarlyleZ@sec.gov

*Attorneys for Plaintiff United States*
*Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Polly A. Atkinson*_____
Polly A. Atkinson