**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Civil Action No. 1:15-cv-00758-JMS-MJD |
| ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK, | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S
<u>TRIAL WITNESS LIST</u>**

Plaintiff, Securities and Exchange Commission, hereby submits its list of witnesses it intends to call in its direct case.

| | |
|---|---|
| Daniel Fitzpatrick | All relevant topics. |
| Kevin Modany | All relevant topics. |
| John Bishop | PEAKS and CUSO accounting (specifically regarding consolidation), defendants' and ITT's interactions with PriceWaterhouseCoopers. |
| Mark Huber | ITT, CUSO, PEAKS, payments on behalf of borrowers, communications with defendants. |
| Joe Karlin | Background and structure of CUSO, including ITT's guarantee obligation, valuation of CUSO guarantee, communications with defendants. |
| Brendan McGovern | Background and structure of PEAKS, including ITT's guarantee obligations, payments on behalf of borrowers, discussions with defendants. |
| Kevin Muller | PEAKS and CUSO accounting, defendants' and ITT's interactions with PriceWaterhouseCoopers. |

| Richard Quimby | PEAKS and CUSO accounting, defendants' and ITT's interactions with PriceWaterhouseCoopers. |
| --- | --- |
| David Ryan | Background and structure of PEAKS, including ITT's guarantee obligation, payments on behalf of borrowers, communications with defendants. |
| Michael Thomas | Payments on behalf of borrowers, discussions with defendants. |
| Damian Zoubek | Payments on behalf of borrowers, PEAKS consolidation, discussions with defendants. |
| Richard Colden, Dennis Coughey, Richard Sultzer, and/or Brian Wegrzyn | Background, structure, and administration of PEAKS, ITT's guarantee obligation, payments on behalf of borrowers, communications with defendants. |
| David Johnson and/or Mark Palmerton | Background and structure of PEAKS, including servicing, ITT's guarantee obligation, payments on behalf of borrowers, communications with defendants. |
| Justin Brauer and/or Curtis Caldwell | Payments on behalf of borrowers, discussions with defendants. |
| Neal Graves and/or John Spear | Payments on behalf of borrowers, ITT settlement with noteholders, discussions with defendants. |
| Anjan Thakor | As directed in the Court's Order on *Daubert* motions. |
| Larry Johnson | As directed in the Court's Order on *Daubert* motions. |

Dated:  June 1, 2018    Respectfully submitted,

*/s/ Polly Atkinson*
Nicholas P. Heinke
Polly A. Atkinson
Zachary T. Carlyle
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Phone: (303) 844-1071 (Heinke)
(303) 844-1046 (Atkinson)
(303) 844-1084 (Carlyle)
*HeinkeN@sec.gov*
*AtkinsonP@sec.gov*
*CarlyleZ@sec.gov*

*Attorneys for Plaintiff United States*
*Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing document to be served upon all counsel of record by operation of the Court's Electronic Notification system this 1st day of June, 2018.

                                                     */s/ Polly A. Atkinson*
                                                     Polly A. Atkinson