UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | No. 1:15-cv-00758-JMS-MJD |
| vs. ) ) | |
| ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, AND DANIEL M. FITZPATRICK, ) ) ) | |
| Defendants. ) ) | |

## DEFENDANTS' PROPOSED VOIR DIRE

Defendants Kevin Modany and Daniel Fitzpatrick, by and through counsel and pursuant to this Court's April 23, 2018 and May 11, 2018 Orders (Filing Nos. 265 and 271), hereby respectfully submit the following proposed additions to the proposed voir dire. The Defendants' proposed additions and edits to Exhibit 1 to the Court's April 23, 2018 Order are reflected herein in redline to Exhibit 1. The parties met and conferred on the same and those to which the parties mutually agreed are highlighted in yellow. The SEC did not otherwise consent to the remainder of the Defendants' proposed additions and edits.

## EXHIBIT 1 - PROPOSED VOIR DIRE

1.   Does anyone know me?

2.   Do any of you know each other?

3.   Does anyone know any of the lawyers in this case, or anyone from their firms?

   a.   Polly Atkinson – United States Securities and Exchange Commission

   b.   Zachary Carlyle – United States Securities and Exchange Commission

   c.   Nicholas Heinke – United States Securities and Exchange Commission

   d.   David Miller – Morgan, Lewis & Bockius LLP

   e.   Eric Sitarchuk – Morgan, Lewis & Bockius LLP

   f.   Matthew Ladd – Morgan, Lewis & Bockius LLP

   g.   Ryan McCarthy – Morgan, Lewis & Bockius LLP

   h.   Steve Korotash – Morgan, Lew**is** & Bockius LLP

   i.   Zoe Phillips (f/k/a Zoe Rosenthal) – Morgan, Lewis & Bockius LLP

   ~~i.~~j.   Philip Whistler – Ice Miller LLP

   ~~j.~~k.   Thomas Mixdorf – Ice Miller LLP

   ~~k.~~l.   Alan Brown – ~~Ice Miller LLP~~Frost Brown Todd LLC

   ~~l.~~m.   Bryan Strawbridge – Frost Brown Todd LLC

   ~~m.~~n.   Alison Nadel – McDermott Will & Emery LLP

   ~~n.~~o.   Fredric Firestone – McDermott Will & Emery LLP

   ~~o.~~p.   Irene Firippis – McDermott Will & Emery LLP

   ~~p.~~q.   James Commons – McDermott Will & Emery LLP

   ~~q.~~r.   Michael Ungar – McDermott Will & Emery LLP

4.   Does anyone know, or have ever had dealings with, any of the parties in this case?

   a.   United States Securities and Exchange Commission

   b.   ITT Educational Services, Inc.

       c.       Kevin Modany

       d.       Daniel Fitzpatrick

5.      Does anyone know any of the expected witnesses in this case?

       a.       [List]

6.      ~~Has anyone~~Have you or any members of your family ever lost money on an investment where you thought the loss was caused by someone else's wrongdoing or fraud?

       a.       If so, describe.

~~6.~~7.      Have you or any members of your family ever been involved in a dispute or litigation related to the performance of a company's stock, or related to securities fraud?

       a.       If so, describe.

8.      Other than through mutual funds, pension funds, or the like, do you purchase stock of individual companies?

       a.       If so, do you ever read the company's prospectus?

       b.       If so, do you ever read a company's SEC filings?

       c.       If so, have you ever read a company's earnings release or listened to a company's analyst call?

9.      Do you read business-related publications like the Wall Street Journal or watch business-related television shows like Mad Money?

10.     Have you ever relied on an investment advisor or financial planner to help manage your investments?

~~7.~~11.   Does anyone have experience or training in trading public stocks? Would your experience or training interfere with your ability to be fair and impartial?

~~8.~~12.   Earlier I read a summary of the issues in this case.  Has anyone read or heard anything about this case before coming to Court? Without saying what you have heard or read, would it affect your ability to be fair and impartial?

13.     Have you, a family member, or close friend ever had any negative experiences with college, paying for college, student loans, lenders or banks?

       a.       If so, describe.

14.     Have you, a family member, or close friend ever taken an online post-secondary education course?

a.      If so describe.

15.     Are you familiar with any for-profit educational institutions?

a.      Have you, a family member, or close friend ever attended a for-profit educational institution?

(i)      If yes, which one?

(ii)     If yes, was your/their experience positive, negative or neutral?

(iii)    If yes, what courses did you/they take?

b.      Do you have any opinions about for-profit colleges?

c.      Do you have a belief that a for-profit educational institution in general is better or worse than a non-profit one?

16.     Are you familiar with career education courses, or trade/business schools?

a.      Have you, a family member, or close friend ever taken any career education courses, or enrolled in courses at a trade/business school?

b.      Did you form any opinions as to career education courses or trade/business schools?

17.     Are you familiar with ITT Educational Services?

a.      If so, do you have an opinion about ITT Educational Services?

b.      Have you, a family member, or friend ever considered attending ITT Educational Services?

(i)      If yes, did you/they decide to attend?

(ii)     Why or why not?

(iii)    If attended, was your/their experience positive, negative or neutral?

(iv)     If attended, what courses did you/they take?

c.      Did you ever work for ITT Educational Services?

d.      Do you have any relatives or friends who ever worked for ITT Educational Services?

e.      Have you ever owned stock of ITT Educational Services, or of any for-profit educational institution?

18.     Do you or any of your family members have any legal training?

a.      If so, describe.

19.     Have you ever worked for a publicly-traded company?

a.      If so, describe.

20.     Have you, a family member, or close friend ever had any education or employment in accounting, bookkeeping or auditing?

a.      If so, describe.

21.     Have you ever been involved in an interim review or audit of the financial records of a company that you worked for?

a.      If so, describe.

22.     Have you, a family member, or close friend ever had a job that involved compliance or determining whether regulations were being followed?

a.      If so, describe.

23.     Have you, a family member or close friend ever worked for any type of local, state or federal agency?

a.      If yes, please explain, including who, which agency, in what capacity and for how long.

24.     Have you ever owned your own business?

a.      If so, describe.

25.     Have you ever managed a business?

a.      If so, describe.

26.     Has a family member or close friend ever owned or managed a business?

a.      If so, describe.

27.     Have you ever relied on the advice of an accountant?

28.     Have you ever relied on the advice of an attorney?

29.     Have you ever relied on the advice of other similar professionals?

30.     Do you believe attorneys are likely to be more honest or dishonest than other individuals?

31.     Do you believe accountants are likely to be more honest or dishonest than other individuals?

32.   If you have ever relied on the advice of an accountant, attorney or other similar professional, was there anything about these experiences that was unsatisfactory or upsetting to you?

 a. If so, would this affect your ability to be impartial about others who relied on such advice?

33.   Have you ever had any education or employment in the banking, lending or securities industries?

 a. If so, describe.

34.   Have you ever been involved in a business dispute?

 a. If so, how was that dispute resolved?

 b. Was the government involved in that dispute?

35.   Have you, a family member, or close friend ever lost money as a result of what you considered to be corporate wrongdoing of any kind?

 a. If so, describe.

36.   Have you, a family member, or close friend ever defaulted on a loan?

 a. If yes, please explain, including whether you considered the terms of the loan unfair.

37.   Do you believe that just because the government makes an allegation against someone that there must be some truth to the allegation?

38.   Do you attach more weight to a lawsuit brought by the government as opposed to a lawsuit brought by an individual or a company?

39.   The plaintiff in this case is the SEC; it is an agency of the federal government. At the end of this case, if you feel that the SEC has failed to prove its case, would it trouble you to return a verdict against the SEC?

40.   The events at issue in this case occurred many years ago. Do you believe that if a witness can't remember something clearly that they must not be telling the truth?

 a. Have you experienced difficulty in remembering things that happened six years ago?

41.   If you are given sufficient facts, do you think you can distinguish between an honest mistake and an effort to defraud someone?

42.   Do you have any views about corporate executives in general?

43.     Do you believe that corporate executives in general are paid too much money compared to other employees?

44.     Do you believe corporate executives are more likely to be dishonest than other individuals?

45.     Have you ever worked for a company whose corporate executives were accused of wrongdoing?

~~9.~~46.   This trial may last up to 20 days.  If selected, is there any reason—including anything health related or extreme financial distress—why serving on the jury would be particularly difficult for you?

~~10.~~47.   Have you ever served as a juror in a criminal or civil case or as a member of a grand jury in either a federal or state court?

~~11.~~48.   Under the law, all parties are equal.  If selected to serve as a juror on this case, would any of you find it difficult to treat all the parties in this case fairly and impartially?

~~12.~~49.   Is there anyone here who has difficulty reading, hearing, or speaking the English language?

~~13.~~50.   At the end of this case, you will be asked to apply a standard of proof called a "preponderance of the evidence."  That standard is different than the standard that applies in criminal cases, which you may know is proof "beyond a reasonable doubt." A preponderance of the evidence is a lesser standard of proof, requiring only that you decide what is more probably true than not true.  Is there anyone here who would have difficultly applying a "preponderance of the evidence" standard?

~~14.~~51.   At the beginning and the end of the trial, I will give instructions to the jurors selected for this case.  Those instructions represent the law that the jury must follow, even if the jury disagrees with the law.  Is there anyone here who would have difficulty following the law, as I explain it to you in my instructions?

~~15.~~52.   Is there any reason not covered by one of my questions that would prevent you from being able to listen with an unbiased mind to the evidence in this case and reach a fair and impartial decision, based solely on the evidence presented to you and the instructions on the law?

Dated:  June 1, 2018                    Respectfully submitted,

/s/ David I. Miller
David I. Miller (*pro hac vice*)
Matthew R. Ladd (*pro hac vice*)
Zoe Phillips (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
Telephone:  (212) 309-6000
Fax:  (212) 309-6001
*david.miller@morganlewis.com*
*matthew.ladd@morganlewis.com*

and

Eric W. Sitarchuk (*pro hac vice*)
Ryan P. McCarthy (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103
Telephone:  (215) 963-5000
Fax:  (215) 963-5001
*eric.sitarchuk@morganlewis.com*
*ryan.mccarthy@morganlewis.com*

and

Steve Korotash (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1717 Main St., Suite 3200
Dallas, TX 75201
Telephone: (214) 466-4144
Fax: (214) 466-4001
*steve.korotash@morganlewis.com*

and

Philip A. Whistler (#1205-49)
Thomas E. Mixdorf (#16812-49)
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Telephone: (317) 236-5832
Fax: (317) 592-4708
*Philip.Whistler@icemiller.com*

*Thomas.Mixdorf@icemiller.com*

*Attorneys for Defendant Kevin M. Modany*

*/s/ Michael A. Ungar* (by consent)
Fredric D. Firestone (*pro hac vice*)
Michael A. Ungar (*pro hac vice*)
James M. Commons (*pro hac vice*)
Irene A. Firippis (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol St., N.W.
Washington, DC  20001
Telephone:  (202) 756-8000
Fax:  (202) 756-8087
*rfirestone@mwe.com*
*mungar@mwe.com*
*jcommons@mwe.com*
*ifirippis@mwe.com*

Alan S. Brown (#3536-49)
Bryan S. Strawbridge (#29076-49)
FROST BROWN TODD LLC
201 N. Illinois St.
Suite 1900
Indianapolis, IN 46204-4236
Telephone: (317) 237-3841
Fax: (317) 237-3900
*abrown@fbtlaw.com*
*bstrawbridge@fbtlaw.com*

*Attorneys for Defendant Daniel M. Fitzpatrick*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I caused a copy of the foregoing document to be served upon all counsel of record by operation of the Court's Electronic Notification system this 1st day of June, 2018.

*/s/ David I. Miller*

David I. Miller