# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 1:15-cv-00758-JMS-MJD |
| ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK, | ) ) ) ) |
| Defendants. | ) ) ) |

## TRIAL WITNESS LIST OF DEFENDANTS
## KEVIN M. MODANY AND DANIEL M. FITZPATRICK

Defendants Kevin M. Modany and Daniel M. Fitzpatrick ("Defendants"), by their respective counsel, and pursuant to the Court's April 23, 2018 Final Pretrial Conference Order (Filing No. 265), as modified (Filing No. 272), hereby file their Trial Witness List. Defendants anticipate actually calling the following witnesses at the trial of this action:

1. <u>Kevin M. Modany</u>, former Chief Executive Officer of ITT Educational Services, Inc. Mr. Modany will testify concerning advice, communications, meetings and processes related to the PEAKS and CUSO programs; ITT's accounting and SEC filings; ITT's disclosure and compensation process; ITT's audit and quarterly reviews conducted by ITT's independent auditor and consultations on accounting with the auditor; Defendants' relationship and communications with their inside and outside counsel, outside experts and consultants, and independent auditor; and other matters related to the litigation and any testimony necessary for rebuttal.

2. <u>Daniel M. Fitzpatrick</u>, former Chief Financial Officer of ITT Educational Services, Inc. Mr. Fitzpatrick will testify concerning advice, communications, meetings and processes

related to the PEAKS and CUSO programs; ITT's accounting and SEC filings; ITT's disclosure and compensation process; ITT's audit and quarterly reviews conducted by ITT's independent auditor and consultations on accounting with the auditor; Defendants' relationship and communications with their inside and outside counsel, outside experts and consultants, and independent auditor; and other matters related to the litigation and any testimony necessary for rebuttal.

3. <u>Angela Knowlton</u>, former Senior Vice President, Controller, and Treasurer of ITT Educational Services, Inc. Ms. Knowlton will testify concerning advice, communications, meetings and processes related to the PEAKS and CUSO programs; ITT's accounting and SEC filings; ITT's disclosure and compensation process; ITT's audit and quarterly reviews conducted by ITT's independent auditor and consultations on accounting with the auditor; Defendants' relationship and communications with their inside and outside counsel, outside experts and consultants, and independent auditor; and other matters related to the litigation and any testimony necessary for rebuttal.

4. <u>Clark Elwood, Esq.</u>, former Chief Legal and Administrative Officer of ITT Educational Services, Inc. Mr. Elwood will testify concerning advice, communications, meetings and processes related to the PEAKS and CUSO programs; ITT's accounting and SEC filings; ITT's disclosure and compensation process; ITT's audit and quarterly reviews conducted by ITT's independent auditor and consultations on accounting with the auditor; Defendants' relationship and communications with their inside and outside counsel, outside experts and consultants, and independent auditor; and other matters related to the litigation and any testimony necessary for rebuttal.

5. Christine Long, Esq., former in-house and outside counsel to ITT Educational Services, Inc.  Ms. Long will testify concerning advice, communications, meetings and processes related to the PEAKS and CUSO programs; ITT's accounting and SEC filings; ITT's disclosure and compensation process; ITT's audit and quarterly reviews conducted by ITT's independent auditor and consultations on accounting with the auditor; Defendants' relationship and communications with their inside and outside counsel, outside experts and consultants, and independent auditor; and other matters related to the litigation and any testimony necessary for rebuttal.

6. Paul Marengo, Esq., former outside counsel to ITT Educational Services, Inc.  Mr. Marengo will testify concerning advice, communications, meetings and processes related to the PEAKS program; Defendants' relationship and communications with their inside and outside counsel; and other matters related to the litigation and any testimony necessary for rebuttal.

7. Robert Minkus, Esq., former outside counsel to ITT Educational Services, Inc.  Mr. Minkus will testify concerning advice, communications, meetings and processes related to the PEAKS program; Defendants' relationship and communications with their inside and outside counsel; and other matters related to the litigation and any testimony necessary for rebuttal.

8. Damien Zoubek, Esq., former outside counsel to ITT Educational Services, Inc.  Mr. Zoubek will testify concerning advice, communications, meetings and processes related to the PEAKS program; Defendants' relationship and communications with their inside and outside counsel; and other matters related to the litigation and any testimony necessary for rebuttal.

9. Joel Herold, Esq., former outside counsel to ITT Educational Services, Inc.  Mr. Herold will testify concerning advice, communications, meetings and processes related to the

PEAKS program; Defendants' relationship and communications with their inside and outside counsel; and other matters related to the litigation and any testimony necessary for rebuttal.

10. <u>David Stuart, Esq.</u>, former outside counsel to ITT Educational Services, Inc. Mr. Stuart will testify concerning advice, communications, meetings and processes related to the PEAKS and CUSO programs; Defendants' relationship and communications with their inside and outside counsel, outside experts and consultants, and independent auditor, including an investigation conducted by Cravath, Swaine & Moore ("Cravath") on behalf of the Audit Committee of the Board of Directors of ITT Educational Services, Inc. at the request of ITT's independent auditor (as well as communications between Cravath and the independent auditor about the investigation); and other matters related to the litigation and any testimony necessary for rebuttal.

11. <u>Brian Lane, Esq.</u>, former outside counsel to ITT Educational Services, Inc. Mr. Lane will testify concerning advice, communications, meetings and processes related to the PEAKS and CUSO programs; ITT's accounting and SEC filings; ITT's disclosure and compensation process; ITT's audit and quarterly reviews; Defendants' relationship and communications with their inside and outside counsel, outside experts and consultants, and independent auditor; and other matters related to the litigation and any testimony necessary for rebuttal.

12. <u>Charles Reddin</u>, Partner at PricewaterhouseCoopers. Mr. Reddin will testify concerning an investigation conducted by Cravath, Swaine & Moore on behalf of the Audit Committee of the Board of Directors of ITT Educational Services, Inc. at the request of ITT's independent auditor, and other matters related to the litigation and any testimony necessary for rebuttal.

13. <u>David Ryan</u>, Director at Deutsche Bank. Mr. Ryan will testify regarding his involvement in the PEAKS program, and other matters related to the litigation and any testimony necessary for rebuttal.

14. <u>Mark Mousseau</u>, Director of Student Loan Portfolio Management at Boston Portfolio Advisors. Mr. Mousseau will testify concerning Boston Portfolio Advisors' role as expert consultants to ITT Educational Services, Inc., and other matters related to the litigation and any testimony necessary for rebuttal.

15. <u>Thomas Glanfield</u>, President & CEO of Boston Portfolio Advisors. Mr. Glanfield will testify concerning Boston Portfolio Advisors' role as expert consultants to ITT Educational Services, Inc., and other matters related to the litigation and any testimony necessary for rebuttal.

16. <u>Richard Colden</u>, former Managing Director at Access Group, Inc. Mr. Colden will testify concerning Access Group, Inc.'s role as a servicer and trust administrator for the PEAKS loan program, and other matters related to the litigation and any testimony necessary for rebuttal.

17. <u>Keith Coughey</u>, former Vice President of Risk Management at Access Group, Inc. Mr. Coughey will testify concerning Access Group, Inc.'s role as a servicer and trust administrator for the PEAKS loan program, and other matters related to the litigation and any testimony necessary for rebuttal.

18. <u>Brian Wegrzyn</u>, Manger, Securitization Reporting at Access Group, Inc. Mr. Wegrzyn will testify concerning Access Group, Inc.'s role as a servicer and trust administrator for the PEAKS loan program, and other matters related to the litigation and any testimony necessary for rebuttal.

19. <u>David Johnson</u>, Chief Executive Officer of First Associates Loan Servicing LLC. Mr. Johnson will testify concerning First Associates Loan Servicing, LLC's role as servicer for

the PEAKS and CUSO loan programs, and other matters related to the litigation and any testimony necessary for rebuttal.

20. <u>Mark Palmerton</u>, AVP Investor Reporting at First Associates Loan Servicing LLC. Mr. Palmerton will testify concerning First Associates Loan Servicing, LLC's role as servicer for the PEAKS and CUSO loan programs, and other matters related to the litigation and any testimony necessary for rebuttal.

21. <u>John P. Garvey, CPA (Expert)</u>. Mr. Garvey will testify concerning matters identified in his expert report and deposition, including: the process for preparing financial statements, related disclosures, and the system of internal controls over financial reporting; the roles in that process of the auditors, the CEO, and the CFO; management's reliance on third parties including the auditor, internal and external legal experts, and the disclosure committee when making accounting and disclosure decisions; generally accepted accounting principles and generally accepted auditing standards; the independent auditor's roles, responsibilities and involvement in special investigations conducted by an audit committee related to Section 10A; the financial statement restatement process; certain analyses and opinions of the SEC's expert R. Larry Johnson; and other matters related to the litigation and any testimony necessary for rebuttal.

22. <u>Mark E. Zmijewski, Ph.D. (Expert)</u>. Dr. Zmijewski will testify concerning matters identified in his expert report and deposition, including: whether the disclosure of the existence of the payments on behalf of borrowers ("POBOB") program on October 29, 2013 was economically significant to investors; certain analyses and opinions of the SEC's expert, Anjan V. Thakor, Ph.D., including statements in that report concerning the economic aspects of the issue of materiality for the time periods (two months); the economic rationale underpinning ITT's POBOB program for its PEAKS trust and ITT's minimum payments approach for its CUSO program; the compensation

and incentives of the Individual Defendants during the period covered by the SEC's allegations; ITT's public filings, investor calls (including on January 24, 2013); analyst commentary relating to the methodology for calculating the PEAKS guarantee obligation and the consolidation of the PEAKS Trust; and other matters related to the litigation and any testimony necessary for rebuttal.

Defendants reserve the right to call any witness appearing on the SEC's Final Witness List and to supplement this Final Witness List with leave of Court.

Dated: June 1, 2018

Respectfully submitted,

*/s/ David I. Miller*
David I. Miller (*pro hac vice*)
Matthew R. Ladd (*pro hac vice*)
Zoe Phillips (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
Telephone: (212) 309-6000
Fax: (212) 309-6001
*david.miller@morganlewis.com*
*matthew.ladd@morganlewis.com*

and

Eric W. Sitarchuk (*pro hac vice*)
Ryan P. McCarthy (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103
Telephone: (215) 963-5000
Fax: (215) 963-5001
*eric.sitarchuk@morganlewis.com*
*ryan.mccarthy@morganlewis.com*

and

Steve Korotash (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1717 Main St., Suite 3200
Dallas, TX 75201
Telephone: (214) 466-4144
Fax: (214) 466-4001

*steve.korotash@morganlewis.com*

and

Philip A. Whistler (#1205-49)
Thomas E. Mixdorf (#16812-49)
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-5832
Fax: (317) 592-4708
*Philip.Whistler@icemiller.com*
*Thomas.Mixdorf@icemiller.com*

*Attorneys for Defendant Kevin M. Modany*

<u>/s/ Michael A. Ungar</u> (by consent)
Fredric D. Firestone (*pro hac vice*)
Michael A. Ungar (*pro hac vice*)
James M. Commons (*pro hac vice*)
Irene A. Firippis (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol St., N.W.
Washington, DC 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
*rfirestone@mwe.com*
*mungar@mwe.com*
*jcommons@mwe.com*
*ifirippis@mwe.com*

Alan S. Brown (#3536-49)
Bryan S. Strawbridge (#29076-49)
FROST BROWN TODD LLC
201 N. Illinois St.
Suite 1900
Indianapolis, IN 46204-4236
Telephone: (317) 237-3841
Fax: (317) 237-3900
*abrown@fbtlaw.com*
*bstrawbridge@fbtlaw.com*

*Attorneys for Defendant Daniel M. Fitzpatrick*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing document to be served upon all counsel of record by operation of the Court's Electronic Notification system this 1st day of June, 2018.

                                                                   */s/ David I. Miller*

                                                                   David I. Miller