**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:15-cv-00758-JMS-MJD |
| ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' PROPOSED JURY VERDICT FORMS**

Defendants Kevin M. Modany and Daniel M. Fitzpatrick ("Defendants"), by their respective counsel, and pursuant to the Court's April 23, 2018 and May 11, 2018 Orders (Filing Nos. 265 and 272), hereby submit the following proposed jury verdict forms. The parties met and conferred on their respective proposed jury verdict forms and did not reach agreement. As such, the SEC does not consent to the proposed jury verdict forms herein. The Defendants note that each claim number referenced herein is offset by brackets because the SEC recently dismissed some claims in this action, and as part of that dismissal, the Court ordered the SEC to file an Amended Complaint on or before June 8, 2018 (Filing No. 274), which will likely cause the relevant claim numbers to change.

Dated:  June 1, 2018          Respectfully submitted,

*/s/ David I. Miller*
David I. Miller (*pro hac vice*)
Matthew R. Ladd (*pro hac vice*)
Zoe Phillips (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
Telephone:  (212) 309-6000
Fax:  (212) 309-6001
*david.miller@morganlewis.com*
*matthew.ladd@morganlewis.com*

and

Eric W. Sitarchuk (*pro hac vice*)
Ryan P. McCarthy (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103
Telephone:  (215) 963-5000
Fax:  (215) 963-5001
*eric.sitarchuk@morganlewis.com*
*ryan.mccarthy@morganlewis.com*

and

Steve Korotash (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1717 Main St., Suite 3200
Dallas, TX 75201
Telephone: (214) 466-4144
Fax: (214) 466-4001
*steve.korotash@morganlewis.com*

and

Philip A. Whistler (#1205-49)
Thomas E. Mixdorf (#16812-49)
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Telephone: (317) 236-5832
Fax: (317) 592-4708
*Philip.Whistler@icemiller.com*

*Thomas.Mixdorf@icemiller.com*

*Attorneys for Defendant Kevin M. Modany*

s/ Michael A. Ungar (by consent)
Fredric D. Firestone (*pro hac vice*)
Michael A. Ungar (*pro hac vice*)
James M. Commons (*pro hac vice*)
Irene A. Firippis (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol St., N.W.
Washington, DC 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
*rfirestone@mwe.com*
*mungar@mwe.com*
*jcommons@mwe.com*
*ifirippis@mwe.com*

Alan S. Brown (#3536-49)
Bryan S. Strawbridge (#29076-49)
FROST BROWN TODD LLC
201 N. Illinois St.
Suite 1900
Indianapolis, IN 46204-4236
Telephone: (317) 237-3841
Fax: (317) 237-3900
*abrown@fbtlaw.com*
*bstrawbridge@fbtlaw.com*

*Attorneys for Defendant Daniel M. Fitzpatrick*

# VERDICT FORM 1

## Claim One: Violation of Section 10(b) of the Exchange Act and SEC Rule 10b-5(b)

1.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick made an untrue statement of "material" fact, or omitted to state a "material" fact necessary in order to make the statement made not misleading ("omission"), in one of the Relevant ITT SEC Filings (excluding any Form 8-Ks) or during ITT's earnings calls, with all of you agreeing on the same untrue statement or omission in the same disclosure?  ("Material" is defined in the Court's instructions.)

YES (as to Mr. Modany): _____     YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____     NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 1 for either Defendant, do not answer the questions below as to that Defendant.  Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 2.*

2.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick acted with "scienter," as that term is defined by the Court's instructions, in making the false statement or omission?

YES (as to Mr. Modany): _____     YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____     NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 2 for either Defendant, do not answer the questions below as to that Defendant.  Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 2.*

3.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that the untrue statement or omission was "in connection with the purchase or sale" of ITT stock, as that phrase is defined by the Court's instructions?

YES (as to Mr. Modany): _____     YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____     NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 3 for either Defendant, do not answer the question below as to that Defendant.  Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 2.*

4.      If you answered "Yes" to Questions 1-3 for either Defendant, please indicate below with an X the disclosure containing the untrue statement of material fact or material omission:

As to Mr. Modany:

   ____  ITT's Form 10-Q for the third quarter of 2012

   ____  ITT's October 25, 2012 Earnings Call

   ____  ITT's 2012 Form 10-K

   ____  ITT's January 24, 2013 Earnings Call

   ____  ITT's Form 10-Q for the first quarter of 2013

   ____  ITT's Form 10-Q for the second quarter of 2013

   ____  ITT's Form 10-Q for the third quarter of 2013

For each disclosure marked with an "X," what was the specific untrue statement of material fact or material omission?


As to Mr. Fitzpatrick:

   ____  ITT's Form 10-Q for the third quarter of 2012

   ____  ITT's October 25, 2012 Earnings Call

   ____  ITT's 2012 Form 10-K

   ____  ITT's January 24, 2013 Earnings Call

   ____  ITT's Form 10-Q for the first quarter of 2013

   ____  ITT's Form 10-Q for the second quarter of 2013

   ____  ITT's Form 10-Q for the third quarter of 2013

For each disclosure marked with an "X," what was the specific untrue statement of material fact or material omission?

# VERDICT FORM 2

## Claim One: Violation of Section 10(b) of the Exchange Act and SEC Rule 10b-5(a), (c)
### (Scheme Liability Theory)

1.   Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick employed a scheme to defraud investors, or course of business that operated or would operate as a fraud or deceit on ITT's investors?

YES (as to Mr. Modany): _____        YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____        NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 1 for either Defendant, do not answer the questions below as to that Defendant.  Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 3.*

2.   Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick acted with "scienter," as that term is defined by the Court's instructions?

YES (as to Mr. Modany): _____        YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____        NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 2 for either Defendant, do not answer the questions below as to that Defendant.  Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 3.*

3.   Do you unanimously find that the SEC has proven by a preponderance of the evidence that the scheme to defraud created a false impression that was "material," as that term is defined by the Court's instructions?

YES (as to Mr. Modany): _____        YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____        NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 3 for either Defendant, do not answer the question below as to that Defendant.  Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 3.*

4.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that the alleged fraudulent conduct was "in connection with the purchase or sale" of ITT stock, as that phrase is defined by the Court's instructions?

YES (as to Mr. Modany): _____          YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____          NO (as to Mr. Fitzpatrick): _____

# VERDICT FORM 3

**Claim Two: Control Person Liability Under Section 20(a) of the Exchange Act for ITT's Alleged Violations of Section 10(b) of the Exchange Act and Rule 10b-5(b)**

**You should only consider this claim, if you found the Defendants not liable for Claim 1**

Part I: ITT's Alleged Violations of Section 10(b) of the Exchange Act and Rule 10b-5(b)

1.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that ITT made an untrue statement of "material" fact, or omitted to state a "material" fact necessary in order to make the statement made not misleading ("omission"), in one of the Relevant ITT SEC Filings (excluding Form 8-Ks) or during ITT's earnings calls, with all of you agreeing on the same untrue statement or omission in the same disclosure? ("Material" is defined in the Court's instructions.)

YES: _____

NO: _____

*If you answered "No" to Question 1, do not answer the questions below in Part I or Part II of this Verdict Form.  Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 4.*

2.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that ITT acted with "scienter," as that term is defined by the Court's instructions, in making the false statement or omission?

YES: _____

NO: _____

*If you answered "No" to Question 2, do not answer the questions below in Part I or Part II of this Verdict Form.  Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 4.*

3.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that ITT's untrue statement or omission was "in connection with the purchase or sale" of ITT stock, as that phrase is defined by the Court's instructions?

YES: _____

NO: _____

***If you answered "No" to Question 3, do not answer the questions below in Part I or Part II of this Verdict Form. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 4.***

4.      If you answered "Yes" to Questions 1-3 of Part I, please indicate below with an X the disclosure containing the untrue statement of material fact or material omission, and go on to Part II:

        \_\_\_      ITT's Form 10-Q for the third quarter of 2012

        \_\_\_      ITT's October 25, 2012 Earnings Call

        \_\_\_      ITT's 2012 Form 10-K

        \_\_\_      ITT's January 24, 2013 Earnings Call

        \_\_\_      ITT's Form 10-Q for the first quarter of 2013

        \_\_\_      ITT's Form 10-Q for the second quarter of 2013

        \_\_\_      ITT's Form 10-Q for the third quarter of 2013

For each disclosure marked with an "X," what was the specific untrue statement of material fact or material omission?

<u>Part II: Control Person Liability Under Section 20(a) of the Exchange Act</u>

1.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick directly or indirectly exercised "control" over the operations of ITT, as that term is defined by the Court's instructions?

YES (as to Mr. Modany): _____      YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____      NO (as to Mr. Fitzpatrick): _____

***If you answered "No" to Question 1 for either Defendant, do not answer the questions below as to that Defendant. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 4.***

2.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that as a "control person," Mr. Modany and/or Mr. Fitzpatrick had the power or ability—even if not exercised—to control the specific transaction or activity that is alleged to have violated Section 10(b) of the Exchange Act and Rule 10b5-(b) by ITT?

YES (as to Mr. Modany): _____      YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____      NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 2 for either Defendant, do not answer the question below as to that Defendant. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 4.*

3.      Do you unanimously find that Mr. Modany and/or Mr. Fitzpatrick has proven by a preponderance of the evidence that he acted in good faith (as defined in the Court's instructions) and did not directly or indirectly induce ITT's alleged violation of Section 10(b) and Rule 10b-5(b)?

YES (as to Mr. Modany): _____        YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____        NO (as to Mr. Fitzpatrick): _____

**VERDICT FORM 4**

**Claim Two: Control Person Liability Under Section 20(a) of the Exchange Act for ITT's Alleged Violations of Section 10(b) of the Exchange Act and Rule 10b-5(a), (c) (Scheme Liability Theory)**

**You should only consider this claim, if you found the Defendants not liable for Claim 1.**

<u>Part I: ITT's Alleged Violations of Section 10(b) of the Exchange Act and Rule 10b-5(a), (c)</u>

1. Do you unanimously find that the SEC has proven by a preponderance of the evidence that ITT employed a scheme to defraud investors, or course of business that operated or would operate as a fraud or deceit on ITT's investors?

YES: _____

NO: _____

*If you answered "No" to Question 1, do not answer the questions below in Part I or II of this Verdict Form. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 5.*

2. Do you unanimously find that the SEC has proven by a preponderance of the evidence that ITT acted with "scienter," as that term is defined by the Court's instructions?

YES: _____

NO: _____

*If you answered "No" to Question 2, do not answer the questions below in Part I or II of this Verdict Form. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 5.*

3. Do you unanimously find that the SEC has proven by a preponderance of the evidence that the scheme to defraud created a false impression that was "material," as that term is defined by the Court's instructions?

YES: _____

NO: _____

*If you answered "No" to Question 3, do not answer the questions below in Part I or II of this Verdict Form. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 5.*

4.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that the alleged fraudulent conduct was "in connection with the purchase or sale" of ITT stock, as that phrase is defined by the Court's instructions?

YES: _____

NO: _____

Part II: Control Person Liability Under Section 20(a) of the Exchange Act

1.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick directly or indirectly exercised "control" over the operations of ITT, as that term is defined by the Court's instructions?

YES (as to Mr. Modany): _____          YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____          NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 1 for either Defendant, do not answer the questions below as to that Defendant. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 5.*

2.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that as a "control person," Mr. Modany and/or Mr. Fitzpatrick had the power or ability—even if not exercised—to control the specific transaction or activity that is alleged to have violated Section 10(b) of the Exchange Act and Rule 10b-5(a), (c) by ITT?

YES (as to Mr. Modany): _____          YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____          NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 2 for either Defendant, do not answer the question below as to that Defendant. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 5.*

3.      Do you unanimously find that Mr. Modany and/or Mr. Fitzpatrick has proven by a preponderance of the evidence that he acted in good faith (as defined in the Court's instructions) and did not directly or indirectly induce ITT's alleged violation of Section 10(b) and Rule 10b-5(a), (c)?

YES (as to Mr. Modany): _____          YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____          NO (as to Mr. Fitzpatrick): _____

# VERDICT FORM 5

## Claim [Four]: Violation of Section 17(a)(1) of the Securities Act

1. Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick directly or indirectly employed a scheme to defraud ITT's investors by engaging in deceptive acts other than false statements or omissions to investors, with all of you agreeing as to which acts constituted the fraudulent conduct?

YES (as to Mr. Modany): _____     YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____     NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 1 for either Defendant, do not answer the questions below as to that Defendant. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 6.*

2. Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick acted with "scienter," as that term is defined by the Court's instructions?

YES (as to Mr. Modany): _____     YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____     NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 2 for either Defendant, do not answer the questions below as to that Defendant. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 6.*

3. Do you unanimously find that the SEC has proven by a preponderance of the evidence that the scheme to defraud created a false impression that was "material," as that term is defined by the Court's instructions?

YES (as to Mr. Modany): _____     YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____     NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 3 for either Defendant, do not answer the question below as to that Defendant. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 6.*

4.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that the deceptive acts were "in the offer or sale" of ITT stock, as that phrase is defined by the Court's instructions?

YES (as to Mr. Modany): _____        YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____        NO (as to Mr. Fitzpatrick): _____

# VERDICT FORM 6

## Claim [Four]: Violation of Section 17(a)(3) of the Securities Act

1.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick directly or indirectly engaged in a transaction, practice, or course of business (other than false statements or omissions) that operated or would operate as a fraud upon a purchaser of ITT stock, with all of you agreeing as to which act(s) constituted the fraudulent conduct?

YES (as to Mr. Modany): _____        YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____        NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 1 for either Defendant, do not answer the questions below as to that Defendant.  Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 7.*

2.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick acted with "scienter," as that term is defined by the Court's instructions?

YES (as to Mr. Modany): _____        YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____        NO (as to Mr. Fitzpatrick): _____

*Regardless of your answer to Question 2 for either Defendant, proceed to Question 3 as to that Defendant.*

3.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick acted with "negligence," as that term is defined by the Court's instructions?

YES (as to Mr. Modany): _____        YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____        NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to both Questions 2 and 3 for either Defendant, do not answer the questions below as to that Defendant.  Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 7.*

4.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that the fraudulent conduct was "material," as that term is defined by the Court's instructions?

YES (as to Mr. Modany): _____     YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____     NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 4 for either Defendant, do not answer the question below as to that Defendant.  Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 7.*

5.    Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany's and/or Mr. Fitzpatrick's conduct occurred in the "offer or sale of" ITT stock, as that phrase is defined by the Court's instructions?

YES (as to Mr. Modany): _____     YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____     NO (as to Mr. Fitzpatrick): _____

# VERDICT FORM 7

## Claim [Seven]: Violation of Rule 13a-14 of the Exchange Act

1. Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick filed (or caused to be filed) certifications that any of the Relevant ITT SEC Filings (excluding Form 8-Ks) did not contain any untrue statement or omit a fact necessary to make a statement made, in light of the circumstances under which the statement was made, not misleading?

YES (as to Mr. Modany): _____     YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____     NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 1 for either Defendant, do not answer the questions below as to that Defendant. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 8.*

2. Do you unanimously find that the SEC has proven by a preponderance of the evidence that any of the certifications were false?

YES (as to Mr. Modany): _____     YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____     NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 2 for either Defendant, do not answer the questions below as to that Defendant. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 8.*

3. Do you unanimously find that the SEC has proven by a preponderance of the evidence that any untrue statement or omitted fact was "material," as that term is defined by the Court's instructions?

YES (as to Mr. Modany): _____     YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____     NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 3 for either Defendant, do not answer the question below as to that Defendant. Instead, have the foreperson sign and date the bottom of this form and go on to Verdict Form 8.*

4. Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick "knew" that any of the certifications were false when signed? (The term "knowingly" is defined by the Court's instructions.)

YES (as to Mr. Modany): _____          YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____          NO (as to Mr. Fitzpatrick): _____

# VERDICT FORM 8

## Claim [Eleven]: Control Person Liability Under Section 20(a) of the Exchange Act for ITT's Alleged Violations of Section 13(a) of the Exchange Act and Rules 12(b)-20, 13a-1, 13a-11, and[/or] 13a-13

---

Part I: ITT's Alleged Violations of Section 13(a) of the Exchange Act and Rules 12(b)-20, 13a-1, 13a-11, and[/or] 13a-13

1.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that ITT filed (or caused to be filed) false or misleading reports with the SEC that made untrue statements of fact or omitted to state facts necessary to make a statement made, in light of the circumstances under which the statement was made, not misleading?

YES: _____

NO: _____

*If you answered "No" to Question 1, do not answer the questions below in Part I or Part II. Instead, have the foreperson sign and date the bottom of this form.*

2.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that any untrue statement or omitted fact was "material," as that term is defined by the Court's instructions?

YES: _____

NO: _____

*If you answered "No" to Question 2, do not answer the questions below in Part II. Instead, have the foreperson sign and date the bottom of this form.*

Part II: Control Person Liability Under Section 20(a) of the Exchange Act

1.      Do you unanimously find that the SEC has proven by a preponderance of the evidence that Mr. Modany and/or Mr. Fitzpatrick directly or indirectly exercised "control" over the operations of ITT, as that term is defined by the Court's instructions?

YES (as to Mr. Modany): _____       YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____       NO (as to Mr. Fitzpatrick): _____

*If you answered "No" to Question 1 for either Defendant, do not answer the questions below as to that Defendant. Instead, have the foreperson sign and date the bottom of this form.*

2.    Do you unanimously find that the SEC has proven by a preponderance of the evidence that as a "control person," Mr. Modany and/or Mr. Fitzpatrick had the power or ability—even if not exercised—to control the specific transaction or activity that is alleged to have violated Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, 13a-11, and/or 13a13, by ITT?

YES (as to Mr. Modany): _____          YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____          NO (as to Mr. Fitzpatrick): _____

***If you answered "No" to Question 2 for either Defendant, do not answer the question below as to that Defendant. Instead, have the foreperson sign and date the bottom of this form.***

3.    Do you unanimously find that Mr. Modany and/or Mr. Fitzpatrick has proven by a preponderance of the evidence that he acted in good faith (as defined in the Court's instructions) and did not directly or indirectly induce the alleged violations by ITT of Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, 13a-11, and/or 13a13?

YES (as to Mr. Modany): _____          YES (as to Mr. Fitzpatrick): _____

NO (as to Mr. Modany): _____          NO (as to Mr. Fitzpatrick): _____

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be served upon all counsel of record by operation of the Court's Electronic Notification system this 1st day of June, 2018.

_s/ David I. Miller_

David I. Miller