**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:15-cv-00758-JMS-MJD<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO ENTER FINAL JUDGMENTS**

Plaintiff United States Securities and Exchange Commission hereby moves for entry of Final Judgment as to Defendants Kevin M. Modany and Daniel M. Fitzpatrick. As grounds for its motion, the Commission states as follows:

1. Kevin Modany has consented to entry of the Final Judgment attached as Exhibit 2. *See* Exhibit 1, attached hereto.

2. Daniel Fitzpatrick has consented to entry of the attached Final Judgment attached as Exhibit 4. *See* Exhibit 3, attached hereto.

3. The Securities and Exchange Commission has approved the settlements.

Wherefore, the Commission respectfully requests that the Court enter the Final Judgments attached hereto as Exhibits 2 and 4 and Defendants do not object to this request.

Dated:  July 6, 2018                                                  Respectfully submitted,

<p style="margin-left: 50%;">
<u>s/ Polly Atkinson</u><br>
Nicholas P. Heinke<br>
Polly A. Atkinson<br>
Zachary T. Carlyle<br>
U.S. Securities and Exchange Commission<br>
Byron G. Rogers Federal Building<br>
1961 Stout Street, Suite 1700<br>
Denver, CO 80294-1961<br>
Phone: (303) 844-1071 (Heinke)<br>
(303) 844-1046 (Atkinson)<br>
(303) 844-1084 (Carlyle)<br>
*HeinkeN@sec.gov*<br>
*AtkinsonP@sec.gov*<br>
*CarlyleZ@sec.gov*<br>
<br>
*Attorneys for Plaintiff United States*<br>
*Securities and Exchange Commission*
</p>

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing document to be served upon all counsel of record by operation of the Court's Electronic Notification system this 6th day of July, 2018.

                                              *s/*Polly Atkinson
                                              Polly Atkinson